|  | |
|---|---|
| The Honorable: | EUGENE R. WEDOFF |
| Chapter 7 | |
| Location: | Room 744 |
| Hearing Date: | 04/24/2012 |
| Hearing Time: | 10:00 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   STAR JEWELERS, INC.          §          Case No. 09-00844
                                      §
                                      §
                                      §
Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 04/24/2012 in Courtroom 744, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/20/2012          By:    /s/KAREN R. GOODMAN
                                        Trustee

Karen R. Goodman
Shefsky & Froelich Ltd.
111East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-4000
**UST Form 101-7-NFR (10/1/2010)**

KAREN R. GOODMAN
SHEFSKY & FROELICH, LTD
111East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

Chapter 7 Trustee

The Honorable:                                    EUGENE R. WEDOFF
Chapter   7
Location:                                         Room 744
Hearing Date:                   04/24/2012
Hearing Time:                   10:00 a.m.
Response Date:

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: STAR JEWELERS, INC. | § | Case No. 09-00844 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 19,586.62 |
| *and approved disbursements of* | $ | 1,009.55 |
| *leaving a balance on hand of* [1] | $ | 18,577.07 |

**Balance on hand:**                    $            18,577.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $            0.00
Remaining balance:                        $        18,577.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 2,708.66 | 0.00 | 2,708.66 |
| Trustee, Expenses - KAREN R. GOODMAN | 57.91 | 0.00 | 57.91 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH, LTD | 2,973.00 | 0.00 | 2,973.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 6,364.32 | 0.00 | 6,364.32 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Accountant for Trustee, Expenses - Allocation 3.6% | 0.00 | 51.52 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 12,155.41 |
| Remaining balance: | $ | 6,421.66 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,421.66 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $196.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Illinois Department of Employment Security | 196.27 | 0.00 | 196.27 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 196.27 |
| Remaining balance: | $ | 6,225.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,350.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citizen Watch Company of Amer Inc | 5,870.39 | 0.00 | 648.54 |
| 2 | Belair Time Corp | 4,734.46 | 0.00 | 523.04 |
| 3 | Reflections Diamond Inc | 7,152.00 | 0.00 | 790.12 |
| 4 | KGM | 9,583.75 | 0.00 | 1,058.77 |
| 5 | JMC (REV) | 5,293.00 | 0.00 | 584.75 |
| 6 | HY-SPRECKMAN | 9,223.00 | 0.00 | 1,018.92 |
| 7 | GBC | 2,191.98 | 0.00 | 242.16 |

UST Form 101-7-NFR (10/1/2010)

| 8 | JS COMPANY | 10,274.24 | 0.00 | 1,134.94 |
| 9 | JEFF LUKOFF | 2,029.00 | 0.00 | 224.15 |

|  | Total to be paid for timely general unsecured claims: | $ | 6,225.39 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 50.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10U | Illinois Department of Employment Security | 50.00 | 0.00 | 0.00 |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/KAREN R. GOODMAN

Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-00844-ERW
Star Jewelers Inc                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer          Page 1 of 3          Date Rcvd: Mar 21, 2012
                             Form ID: pdf006         Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2012.
```
db           +Star Jewelers Inc,   418 70th street,   Darien, IL 60561-4050
13078057     +AG Imports,   P O Box 72656,   Roselle, IL 60172-0656
13078059     +AV Diamonds,   Ste 333,   7500 Bellaire Blvd,   Houston, TX 77036-5071
13078058      Aladdin,   2649 Woodhead Dr,   Northbrook, IL 60062
13078060     +B&D Wedding Bands,   31 W 47th St Ste 302,   New York, NY 10036-2888
13078061     +Belair Time Corp,   c/o The Jewlers Board of Trade,   PO Box 6928,   Providence, RI 02940-6928
13078062     +Bentelli Inc,   26 Kelm Woods Ave,   Lakewood, NJ 08701-2972
13078063     +Berco,   55 E Washington 18th Fl,   Chicago, IL 60602-2103
13078064      Bulova,   One Bulova Ave,   Woodside, NY 11377
13078065     +Citizen Watch Company of Amer Inc,   1000 W 190th St,   Torrance, CA 90502-1040
13078066     +Colibri,   25 Fairmont Ave,   East Providence, RI 02914-1783
13056903     +GBC,   260 FRANKLIN ST STE 800,   BOSTON MA 02110-3172
13056904     +GM GOLD-N-DIAMOND,   7500 BELLAIRE BLVD,   STE 720,   HOUSTON TX 77036-5060
13078070     +GM Gold & Diamonds,   7500 Bellaire Blvd,   Ste 720,   Houston, TX 77036-5060
13056905     +GOLDMAN,   154 W 14TH ST,   NEW YORK NY 10011-7313
13078067     +Gabriel,   64 W 48th St,   New York, NY 10036-1725
13078068     +Gem Tech,   P O Box 1278,   Tinley Park, IL 60477-8078
13078069     +Global Diamonds,   67 East Madison Ste 1814,   Chicago, IL 60603-3014
13078071     +Gold & Gems,   7500 Bellaire Blvd Ste 801,   Houston, TX 77036-5057
13078072     +Goldman & Triton,   154 W 14th St,   New York, NY 10011-7313
13078073     +Gordon Brothers,   260 Franklin St Ste 800,   Boston, MA 02110-3112
13078074     +Gregg J Borri Law Offices,   For Movado Group Inc,   61 Broadway Ste 2125,
               New York, NY 10006-2842
13056906     +HY-SPRECKMAN,   29 E MADISON STE 1201,   CHICAGO IL 60602-4405
13056907     +INDO-STAR,   45 W 45TH ST STE 802,   NEW YORK NY 10036-4602
13078076      Illinois Department Of Revenue,   Bankruptcy Section,   P O Box 64338,   Chicago, IL  60664-0338
15200604     +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
13056908     +JEFF LUKOFF,   PO Box 9203,   AURORA IL 60598-9203
13078079     +JMC (REV),   500 7th Ave Ste 12B,   New York, NY 10118-0824
13056909     +JMC (REVV),   500 7TH AVE,   STE 12-B,   NEW YORK NY 10118-0824
13056910      JS COMPANY,   PO BOX 2,   DEERFIELD IL 60015-0002
13078080     +JS Color,   P O Box 2,   Deerfield, IL 60015-0002
13078081     +JSA,   14307 Ruddy Ct,   Charlotte, NC 28273-7705
13056911     +JSA (EARRINGS),   18475 NE 30TH PL,   AVENTURA FL 33160-5216
13056912     +KGM,   62 W 47TH ST,   STE 501-A,   NEW YORK NY 10036-3262
13078082     +KGM,   62 W 47th St,   Ste 501A,   New York, NY 10036-3262
13078083      La Brea,   200 Bates Rd Ste 301,   Montreal Canada,   H3S 1A3
13056913     +MOVADO,   PO BOX 88810,   CHICAGO IL 60695-1810
13078084     +Mark D Weinberg,   For Frederick Goldman Inc,   1633 Broadway 39th Fl,   New York, NY 10019-6757
13078085     +Movado,   650 From Road,   Paramus, NJ 07652-3556
13078086     +ORO Alexander,   16055 Ventura Blvd Ste 425,   Encino, CA 91436-2613
13056914     +ORO INTERNATIONAL,   665 WALNUT,   ELMHURST IL 60126-1518
13078088     +Protection One,   P O Box 49292,   Wichita, KS 67201-9292
13056915     +REFLECTION,   5 S WABASH,   STE 1701,   CHICAGO IL 60603-3083
13078089     +Reflections Diamond Inc,   5 S Wabash Ste 1701,   Chicago, IL 60603-3083
13078090     +Seiko,   1111 Macarthur Blvd,   Mahwah, NJ 07430-2321
13078091     +Shah Five Star,   Ste 604C,   62 W 47th St,   New York, NY 10036-3201
13078092      Simon Property Group Inc,   225 W Washington St,   Indianapolis, IN  46204-3438
13453339     +Simon Property Group, Inc.,   Attn: Ronald M. Tucker, Esq.,   225 West Washington Street,
               Indianapolis, Indiana 46204-3438
13078055      Star Jewelers Inc,   96 River Oaks Mall,   C19,   Calumet City, IL  60409
13056916     +TRILLION,   7500 BELLAIRE BLVD STE 220,   HOUSTON TX 77036-5021
13056917     +TWINKLE,   22 W 48TH ST,   STE 600,   NEW YORK NY 10036-1820
13078093     +Telecheck,   5251 Westheimer,   Houston, TX 77056-5415
13056918     +VENETTI,   606 S HILL ST STE 903,   LOS ANGELES CA 90014-1763
13078097     +Wittnauer,   26-15 Brooklyn Queen Expwy,   Woodside, NY 11377-7826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18551836      E-mail/Text: cio.bncmail@irs.gov Mar 22 2012 01:26:51
              Department of Treasury  Internal Revenue Service,   P O Box 7346,   Philadelphia, PA  19101-7346
13056906     +E-mail/Text: spreck1947@aol.com Mar 22 2012 01:48:12     HY-SPRECKMAN,   29 E MADISON STE 1201,
              CHICAGO IL 60602-4405
                                                                                          TOTAL: 2
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Chicago Liquidators Services Inc
aty           Chris Matsakis
```

```
District/off: 0752-1          User: tmaurer           Page 2 of 3           Date Rcvd: Mar 21, 2012
                              Form ID: pdf006         Total Noticed: 55

13078075*    +Hy-Spreckman,    29 E Madison Ste 1201,    Chicago, IL 60602-4405
13078077*    +Indo Star,   45 W 45th St Ste 802,    New York, NY 10036-4602
13078078*    +Jeff Lukoff,    P O Box 9203,    Aurora, IL 60598-9203
13078087*    +ORO International Inc,    665 Walnut,    Elmhurst, IL 60126-1518
13078094*    +Trillion,    7500 Bellaire Blvd Ste 220,    Houston, TX 77036-5021
13078095*    +Twinkle,    22 W 48th St Ste 600,    New York, NY 10036-1820
13078096*    +Venetti,    606 S Hill St Ste 903,    Los Angeles, CA 90014-1763
13078056    ##+Law Office Of Karen Walin,    13161 W 143rd Street #102,    Homer Glen, IL 60491-6670
                                                                    TOTALS: 2, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2012**                    **Signature:**        _Joseph Speetjens_

District/off: 0752-1          User: tmaurer              Page 3 of 3            Date Rcvd: Mar 21, 2012
                             Form ID: pdf006            Total Noticed: 55

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2012 at the address(es) listed below:
          Karen   Walin   on behalf of Debtor  Star Jewelers Inc kwalin@chicagolegalllc.com,
           cdwalin@comcast.net;jkunowski@chicagolegalllc.com;smarrero@chicagolegalllc.com
          Karen R Goodman    kgoodman@shefskylaw.com,  il24@ecfcbis.com;sfdocket@shefskylaw.com
          Karen R Goodman    on behalf of Trustee Karen Goodman kgoodman@shefskylaw.com,
           sfdocket@shefskylaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                     TOTAL: 4