| | |
|---|---|
| KAREN R. GOODMAN<br>SHEFSKY & FROELICH, LTD<br>111East Wacker Drive<br>SUITE 2800<br>CHICAGO, IL  60601<br>(312) 527-4000<br>Chapter 7 Trustee | The Honorable: EUGENE R. WEDOFF<br>Chapter   7<br>Location: _____<br>Hearing Date: _____ / /<br>Hearing Time: _____<br>Response Date: _____ / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: STAR JEWELERS, INC.             § Case No. 09-00844
                                       §
                                       §
Debtor(s)                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $5,126.00                  Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,421.66    Claims Discharged
                                              Without Payment: $50,399.58

Total Expenses of Administration: $13,164.96

---

3) Total gross receipts of $ 19,586.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,586.62 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,164.96 | 13,164.96 | 13,164.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 420.42 | 420.42 | 420.42 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 56,400.82 | 56,400.82 | 6,001.24 |
| **TOTAL DISBURSEMENTS** | $0.00 | $69,986.20 | $69,986.20 | $19,586.62 |

4) This case was originally filed under Chapter 7 on January 13, 2009. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2012          By: /s/KAREN R. GOODMAN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 8- jewelry show cases, office counter, desk, des | 1129-000 | 1,700.00 |
| watches, chaines, rings, earrings and pendants | 1129-000 | 17,881.05 |
| Interest Income | 1270-000 | 5.57 |
| **TOTAL GROSS RECEIPTS** | | **$19,586.62** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,708.66 | 2,708.66 | 2,708.66 |
| KAREN R. GOODMAN | 2200-000 | N/A | 57.91 | 57.91 | 57.91 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 2,973.00 | 2,973.00 | 2,973.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| ALAN D. LASKO | 3410-000 | N/A | | 6,364.32 | 6,364.32 | 6,364.32 |
| ALAN D. LASKO | 3420-000 | N/A | | 51.52 | 51.52 | 51.52 |
| JAL Jewelers | 2500-000 | N/A | | 700.00 | 700.00 | 700.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 3.28 | 3.28 | 3.28 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 16.61 | 16.61 | 16.61 |
| The Bank of New York Mellon | 2600-000 | N/A | | 36.18 | 36.18 | 36.18 |
| The Bank of New York Mellon | 2600-000 | N/A | | 43.86 | 43.86 | 43.86 |
| The Bank of New York Mellon | 2600-000 | N/A | | -1.29 | -1.29 | -1.29 |
| The Bank of New York Mellon | 2600-000 | N/A | | 38.60 | 38.60 | 38.60 |
| The Bank of New York Mellon | 2600-000 | N/A | | 37.24 | 37.24 | 37.24 |
| The Bank of New York Mellon | 2600-000 | N/A | | 41.01 | 41.01 | 41.01 |
| The Bank of New York Mellon | 2600-000 | N/A | | 38.36 | 38.36 | 38.36 |
| The Bank of New York Mellon | 2600-000 | N/A | | 40.73 | 40.73 | 40.73 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 14.97 | 14.97 | 14.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $13,164.96 | $13,164.96 | $13,164.96 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Illinois Department of Employment Security | 5800-000 | N/A | 196.27 | 196.27 | 196.27 |
| | Clerk of the Bankruptcy Court | 5600-000 | N/A | 224.15 | 224.15 | 224.15 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $420.42 | $420.42 | $420.42 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citizen Watch Company of Amer Inc | 7100-000 | N/A | 5,870.39 | 5,870.39 | 648.54 |
| 2 | Belair Time Corp | 7100-000 | N/A | 4,734.46 | 4,734.46 | 523.04 |
| 3 | Reflections Diamond Inc | 7100-000 | N/A | 7,152.00 | 7,152.00 | 790.12 |
| 4 | KGM | 7100-000 | N/A | 9,583.75 | 9,583.75 | 1,058.77 |
| 5 | JMC (REV) | 7100-000 | N/A | 5,293.00 | 5,293.00 | 584.75 |
| 6 | HY-SPRECKMAN | 7100-000 | N/A | 9,223.00 | 9,223.00 | 1,018.92 |
| 7 | GBC | 7100-000 | N/A | 2,191.98 | 2,191.98 | 242.16 |
| 8 | JS COMPANY | 7100-000 | N/A | 10,273.24 | 10,273.24 | 1,134.94 |
| 9 | JEFF LUKOFF | 7100-000 | N/A | 2,029.00 | 2,029.00 | 0.00 |
| 10U | Illinois Department of Employment Security | 7200-000 | N/A | 50.00 | 50.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $56,400.82 | $56,400.82 | $6,001.24 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-00844  
**Case Name:** STAR JEWELERS, INC.

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 01/13/09 (f)  
**§341(a) Meeting Date:** 02/18/09

**Period Ending:** 08/07/12  
**Claims Bar Date:** 07/13/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account - Chase No. 29<br>Orig. Asset Memo: Imported from Amended Doc#: 9 | 48.00 | 48.00 | DA | 0.00 | FA |
| 2 | Checking Account-Chase -No.07<br>Orig. Asset Memo: Imported from Amended Doc#: 9 | 78.00 | 78.00 | DA | 0.00 | FA |
| 3 | 8- jewelry show cases, office counter, desk, des<br>Orig. Asset Memo: Imported from Amended Doc#: 9 | 5,000.00 | 5,000.00 | DA | 1,700.00 | FA |
| 4 | watches, chaines, rings, earrings and pendants<br>Orig. Asset Memo: Imported from Amended Doc#: 9 | 6,000.00 | 6,000.00 |  | 17,881.05 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 5.57 | FA |
| 5 | Assets    Totals (Excluding unknown values) | **$11,126.00** | **$11,126.00** |  | **$19,586.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

    File TDR.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010    **Current Projected Date Of Final Report (TFR):**   March 20, 2012  (Actual)

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-00844  
**Case Name:** STAR JEWELERS, INC.  
**Taxpayer ID #:** **-***7957  
**Period Ending:** 08/07/12

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****63-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/09 | {3} | JAL Jewelers | Payment for jewelry cases, cashier station, safe, etc. from the leased premises | 1129-000 | 1,000.00 | | 1,000.00 |
| 06/15/09 | 1001 | JAL Jewelers | Refund of portion of funds paid for jewelry cases | 2500-000 | | 700.00 | 300.00 |
| 06/16/09 | {3} | Fadil Exact Time Jewelry & Watch Repair | Partial payment for assets sold per court order of 6/16/09 (remainder received from Cathy McFerrin) | 1129-000 | 700.00 | | 1,000.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 1,000.02 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,000.06 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,000.10 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,000.14 |
| 10/02/09 | {4} | Chicago Liquidators Services, Inc. | Sales for August per Court Order dated 4/29/09 | 1129-000 | 1,575.25 | | 2,575.39 |
| 10/20/09 | {4} | Chicago Liquidators Services, Inc. | Sales for August per Court Order dated 4/29/09 | 1129-000 | 237.02 | | 2,812.41 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,812.50 |
| 11/23/09 | {4} | Chicago Liquidators Services, Inc. | Sales for October per Court Order dated 4/29/09 | 1129-000 | 234.97 | | 3,047.47 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 3,047.58 |
| 12/23/09 | {4} | Chicago Liquidators Services, Inc. | Sales for November per Court Order dated 4/29/09 | 1129-000 | 98.86 | | 3,146.44 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,146.56 |
| 01/22/10 | {4} | Chicago Liquidators Services, Inc. | Sales for December ~Gross (129.99) less fee (52.00) = net of $77.99 | 1129-000 | 77.99 | | 3,224.55 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,224.67 |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #09-00844, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided on 02/04/10 | 2300-000 | | 3.28 | 3,221.39 |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #09-00844, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided: check issued on 02/04/10 | 2300-000 | | -3.28 | 3,224.67 |
| 02/04/10 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #09-00844, Bond #016026455 | 2300-000 | | 3.28 | 3,221.39 |
| 02/26/10 | {4} | Chicago Liquidators Services, Inc. | Sales for January, 2010 per Court Order dated | 1129-000 | 33.74 | | 3,255.13 |
| | | | Subtotals : | | $3,958.41 | $703.28 | |

{} Asset reference(s)

Printed: 08/07/2012 09:08 AM   V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-00844  
**Case Name:** STAR JEWELERS, INC.  
**Taxpayer ID #:** **-***7957  
**Period Ending:** 08/07/12  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****63-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 4/29/09~Gross=382.41 less commission (382.41) | | | | |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,255.25 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,255.39 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.08 | | 3,255.47 |
| 04/20/10 | | Wire out to BNYM account 9200******6365 | Wire out to BNYM account 9200******6365 | 9999-000 | -3,255.47 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 703.28 | 703.28 | $0.00 |
| | | | Less: Bank Transfers | | -3,255.47 | 0.00 | |
| | | | **Subtotal** | | 3,958.75 | 703.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,958.75** | **$703.28** | |

{} Asset reference(s)    Printed: 08/07/2012 09:08 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-00844 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | STAR JEWELERS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-65 - Checking Account |
| Taxpayer ID #: | **-***7957 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 08/07/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | 9999-000 | 3,255.47 | | 3,255.47 |
| 04/22/10 | {4} | Chicago Liquidators Services, Inc. | Payment for March sales per Court Order of 4/29/09~$3412.20 less commission ($1484.44) = $1,927.76 | 1129-000 | 1,927.76 | | 5,183.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.09 | | 5,183.32 |
| 05/24/10 | {4} | Chicago Liquidators Services, Inc. | Payment for April Sales ($3482.46  - $1502.25 commission) | 1129-000 | 1,980.21 | | 7,163.53 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.34 | | 7,163.87 |
| 06/22/10 | {4} | Chicago Liquidators Services, Inc. | Payment for May Sales per order dated 4/29/09~3199.52 less commission of 1367.40. | 1129-000 | 1,832.12 | | 8,995.99 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.44 | | 8,996.43 |
| 07/22/10 | {4} | Chicago Liquidators Services, Inc. | Sales for June, 2010 per Court Order dated 4/29/09~$4,595.56 less commission ($2016.92) | 1129-000 | 2,578.64 | | 11,575.07 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.58 | | 11,575.65 |
| 08/23/10 | {4} | Chicago Liquidators Services, Inc. | Sales for July 2010 per Court Order dated 4/29/09~$2311.36 less $1119.06 (commission) | 1129-000 | 1,192.30 | | 12,767.95 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.69 | | 12,768.64 |
| 09/20/10 | {4} | Chicago Liquidators Svcs Inc | Sales for August per Court order dated 4/29/09~($7874.24 less commission of 3,128.11) | 1129-000 | 4,746.13 | | 17,514.77 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 17,514.87 |
| 10/21/10 | {4} | Chicago Liquidators | Sales for September, 2010, per Court Order dated 4/29/09~($2553.16 less commission of 1255.71.) | 1129-000 | 1,297.45 | | 18,812.32 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 18,812.46 |
| 11/24/10 | {4} | Chicago Liquidators Svcs. Inc. | Sales for October, 2010 per Court Order dated 4/29/09~137.22 less 68.61 commission | 1129-000 | 68.61 | | 18,881.07 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 18,881.20 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,881.36 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,881.52 |
| 02/08/11 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #09-00844, Bond #016026455 | 2300-000 | | 16.61 | 18,864.91 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 18,865.05 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,865.21 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,865.36 |

Subtotals :    $18,881.97    $16.61

{} Asset reference(s)

Printed: 08/07/2012 09:08 AM    V.13.02

Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-00844 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | STAR JEWELERS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-65 - Checking Account |
| Taxpayer ID #: | **-***7957 | | Blanket Bond: | $61,494,000.00   (per case limit) |
| Period Ending: | 08/07/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 18,865.52 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,865.67 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 18,865.83 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.18 | 18,829.65 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,829.80 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.86 | 18,785.94 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.29 | 18,787.23 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,787.38 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.60 | 18,748.78 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,748.93 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.24 | 18,711.69 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,711.84 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.01 | 18,670.83 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,670.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.36 | 18,632.62 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,632.77 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.73 | 18,592.04 |
| 02/06/12 | 11005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #09-00844, Bond No. 016026455 | 2300-000 | | 14.97 | 18,577.07 |
| 04/24/12 | 11006 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 04/24/2012 | 3420-000 | | 51.52 | 18,525.55 |
| 04/24/12 | 11007 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 04/24/2012 | 3410-000 | | 6,364.32 | 12,161.23 |
| 04/24/12 | 11008 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 04/24/2012 | 2200-000 | | 57.91 | 12,103.32 |
| 04/24/12 | 11009 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 04/24/2012 | 2100-000 | | 2,708.66 | 9,394.66 |
| 04/24/12 | 11010 | SHEFSKY & FROELICH LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 04/24/2012 | 3110-000 | | 2,973.00 | 6,421.66 |
| 04/24/12 | 11011 | Illinois Department of Employment Security | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 10P PER COURT ORDER DATED 04/24/2012 | 5800-000 | | 196.27 | 6,225.39 |
| 04/24/12 | 11012 | Citizen Watch Company of Amer Inc | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 648.54 | 5,576.85 |
| 04/24/12 | 11013 | Belair Time Corp | FIRST AND FINAL DIVIDEND FOR CLAIM | 7100-000 | | 523.04 | 5,053.81 |

Subtotals :             $1.37             $13,812.92

{} Asset reference(s)

Printed: 08/07/2012 09:08 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-00844 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | STAR JEWELERS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-65 - Checking Account |
| Taxpayer ID #: | **-***7957 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 08/07/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | NO. 2 PER COURT ORDER DATED 04/24/2012 | | | | |
| 04/24/12 | 11014 | Reflections Diamond Inc | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 790.12 | 4,263.69 |
| 04/24/12 | 11015 | KGM | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 1,058.77 | 3,204.92 |
| 04/24/12 | 11016 | JMC (REV) | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 584.75 | 2,620.17 |
| 04/24/12 | 11017 | HY-SPRECKMAN | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 1,018.92 | 1,601.25 |
| 04/24/12 | 11018 | GBC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 242.16 | 1,359.09 |
| 04/24/12 | 11019 | JS COMPANY | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 1,134.94 | 224.15 |
| 04/24/12 | 11020 | JEFF LUKOFF | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED 04/24/2012<br>Voided on 05/30/12 | 7100-000 | | 224.15 | 0.00 |
| 05/30/12 | 11020 | JEFF LUKOFF | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED 04/24/2012<br>Voided: check issued on 04/24/12 | 7100-000 | | -224.15 | 224.15 |
| 05/30/12 | 11021 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds | 5600-000 | | 224.15 | 0.00 |
| | | | ACCOUNT TOTALS | | 18,883.34 | 18,883.34 | $0.00 |
| | | | Less: Bank Transfers | | 3,255.47 | 0.00 | |
| | | | Subtotal | | 15,627.87 | 18,883.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,627.87 | $18,883.34 | |

{} Asset reference(s)

Printed: 08/07/2012 09:08 AM   V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 09-00844 | | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| Case Name: | STAR JEWELERS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-65 - Checking Account |
| Taxpayer ID #: | **-***7957 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 08/07/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****63-65 | 3,958.75 | 703.28 | 0.00 |
| Checking # 9200-******63-65 | 15,627.87 | 18,883.34 | 0.00 |
| | $19,586.62 | $19,586.62 | $0.00 |

{} Asset reference(s)